**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| KATHLEEN J. | : | |
| | : | |
| v. | : | NO. 25-CV-1132  SWR |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of Social Security | : | |

_____ :

**O R D E R**

AND NOW, this 29th day of October, 2025, it is hereby ORDERED that Claimant's

Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*
_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE